# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ammar Harris, | Case No. 2:21-cv-02233-JAD-DJA |
| Plaintiff, | **Order** |
| v. | |
| Aaron Ford, | |
| Defendant. | |

This matter is before the Court on Plaintiff's filing of a complaint on December 22, 2021 Since that date, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing a complaint, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $402 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **Thursday, January 27, 2022** to proceed with this case.

For the foregoing reasons,

**IT IS ORDERED** that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **Thursday, January 27, 2022**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

1     **IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application
2 to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before
3 **Thursday, January 27, 2022**, the Court will recommend dismissal of this action <u>without</u>
4 <u>prejudice</u>.

6     DATED: December 28, 2021.

                                      DANIEL J. ALBREGTS
                                      UNITED STATES MAGISTRATE JUDGE